PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES A. KUCZMA, | ) | |
| | ) | CASE NO. 1:16CV3072 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | [Resolving ECF No. 3] |

An Administrative Law Judge ("ALJ") denied Plaintiff James A Kuczma's application for Disability Insurance Benefits after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Jonathan D. Greenberg for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).

After Plaintiff filed a Motion to Proceed *in Forma Pauperis* (ECF No. 3), the magistrate judge submitted a Report & Recommendation (ECF No. 4) on January 5, 2017 recommending that the motion be denied.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the Magistrate Judge's Report were, therefore,

(1:16CV3072)

due on January 19, 2017.[1]  Plaintiff has not filed any objections, evidencing satisfaction with the magistrate judge's recommendation.  Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report & Recommendation of the Magistrate Judge is hereby adopted.  Plaintiff's Motion to Proceed *in Forma Pauperis* (ECF No. 3) is denied.  Plaintiff shall pay the full filing fee of $400 within 14 days of the date of this Order.  Failure to comply with this Order may result in dismissal of this action without further notice.

IT IS SO ORDERED.

  January 25, 2017             /s/ Benita Y. Pearson
Date                           Benita Y. Pearson
                               United States District Judge

---

[1] The "Three-Day Rule" amendments to the Federal Rules of Appellate, Civil, Criminal, and Bankruptcy Procedures, which took effect on December 1, 2016, removed the extra three days to act after service by electronic means under Fed. R. Civ. P. 5(b)(2)(E).